*Joseph T. Keller* for appellant.

·*Bernard S. Meyer* and *Arthur C. Fink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN ·VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN D. COOKE and FREDERICK SCHNEPF, Appellants.

Argued November 17, 1955; decided February 16, 1956.

*John P. Sweeny* for appellants.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST LEE EDWARDS, Appellant.

Argued November 22, 1955; decided February 16, 1956.